UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 2: 2

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**CARL EDWARDS,**
      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

**TOWN OF COLLIERVILLE, TENNESSEE,**
et al.,
      Defendants.

**CASE NO:2:03-2834-B**

---

      This action came on for trial before the Court and a jury on May 16, 2005, the Honorable J. Daniel Breen, U.S. District Judge, presiding;

      At the conclusion of defendant's proof, the Court concluded that, when the facts are viewed in the light most favorable to plaintiff, no reasonable jury could return a verdict against the defendant and granted defendant's motion for judgment as a matter of law;

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant, Town of Collierville, Tennessee, et al., and that plaintiff, Carl Edwards, take nothing, and that the action is hereby dismissed on the merits.

**APPROVED:**

/s/ J. Daniel Breen

**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

6/20/05
**Date**

ROBERT R. DI TROLIO

_____
**Clerk of Court**

Earline Drayer
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05

63

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:03-CV-02834 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

John D. Horne
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119--278

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable J. Breen
US DISTRICT COURT